Chapter 13  
Adversary Proceeding: 14-4091  
Judge Boroff

# CERTIFICATE OF SERVICE

I, Walter Oney, certify that I am, and at all times during the service of process have been, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on October 7, 2014 by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Jeffery & Jeffery, Inc.
Attn.: Reid C. Jeffery
137 Main St.
Ware, MA  01082

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

October 7, 2014                                    /s/ Walter C. Oney, Jr.
                                                   (Signature)

```
Walter C. Oney, Jr.
Print Name
267 Pearl Hill Road
Business Address
Fitchburg, MA 01420
City         State          Zip
```