UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: <br><br> DENNIS A. CHIPPS, SR. and <br> KAREN M. CHIPPS, <br><br> Debtors. | **CHAPTER 13** <br> **CASE NO: 04-42170-HJB** |
| DENNIS A. CHIPPS, SR. and <br> KAREN M. CHIPPS, <br><br> Plaintiffs <br><br> v. <br><br> TOWN OF HOLLAND and <br> JEFFERY & JEFFERY, INC., <br><br> Defendants. | **ADVERSARY PROCEEDING** <br> **NO. 14-04091** |

### ASSENTED TO MOTION TO EXTEND DEADLINE TO ANSWER COMPLAINT

To the Honorable Henry J. Boroff, United States Bankruptcy Judge:

      NOW COMES THE TOWN OF HOLLAND (the "Town"), defendant in the above-captioned Adversary Proceeding, through its undersigned counsel, **and with the assent of the Plaintiffs**, respectfully requests the entry of an Order extending the deadline to file a motion or answer to the Plaintiffs' complaint for a period of fourteen (14) days. In support thereof, the Town respectfully represents as follows:

1. On October 7, 2014, Dennis A. Chipps, Sr. and Karen M. Chipps (the "Plaintiffs"), the debtors in the underlying Chapter 13 bankruptcy case, filed a complaint with this Court naming the Town and Jeffery & Jeffery, Inc. as defendants, instituting the above-captioned Adversary Proceeding.

2. Also on October 7, 2014, the Clerk of this Court issued a Summons requiring the Town to file a motion or answer to the Plaintiffs' complaint on or before November 6, 2014.

3. As a municipality, in order for the Town to formulate a litigation strategy and approve an answer and/or substantive motion in this matter, its Board of Selectmen must convene a meeting after due notice in accordance with Massachusetts law.

4. In order to allow the Board of Selectmen of the Town to meet at a time at which all Selectmen are available, after due notice, the Town respectfully requests the entry of an Order extending the deadline for the Town to answer or file a motion under Rule 12 of the Federal Rules of Civil Procedure for a period of fourteen (14) days to **November 19, 2014**.

5. As noted above, counsel to the Plaintiffs has assented to the relief requested herein.

WHEREFORE, the Town respectfully requests the entry of an Order extending the deadline to file a responsive pleading or motion under Rule 12 of the Federal Rules of Civil Procedure to **November 19, 2014**, and providing such other and further relief as the Court deems just and proper.

Respectfully submitted,
TOWN OF HOLLAND
By its Attorney,

/s/ Spencer A. Stone
Spencer A. Stone (BBO #674548)
Bacon Wilson, P.C.
33 State Street
Springfield, MA 01103
Tel.: (413) 781-0560
Fax: (413) 739-7740
sstone@baconwilson.com
October 27, 2014

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>DENNIS A. CHIPPS, SR. and<br>KAREN M. CHIPPS,<br><br>　　　　Debtors. | **CHAPTER 13**<br>**CASE NO: 04-42170-HJB** |
| DENNIS A. CHIPPS, SR. and<br>KAREN M. CHIPPS,<br><br>　　　　Plaintiffs<br><br>v.<br><br>TOWN OF HOLLAND and<br>JEFFREY & JEFFREY, INC.,<br><br>　　　　Defendants. | **ADVERSARY PROCEEDING**<br>**NO. 14-04091** |

### **CERTIFICATE OF SERVICE**

I, Spencer A. Stone, of the law firm of Bacon Wilson, P.C., do hereby certify that on the 27th day of October, 2014, I filed the foregoing Motion with the United States Bankruptcy Court for the District of Massachusetts utilizing the Court's CM/ECF system. I further hereby certify that on the 27th day of October, 2014, I caused said Motion to be served upon the parties and in the manner listed below:

Service via CM/ECF Notice of Electronic Filing:
Walter Oney on behalf of Plaintiff Dennis A. Chipps, Sr.
Walter.Oney@oneylaw.com, walter.oney@gmail.com

Walter Oney on behalf of Plaintiff Karen M. Chipps
Walter.Oney@oneylaw.com, walter.oney@gmail.com

<u>Service via First Class Mail, postage prepaid:</u>

Jeffery & Jeffery, Inc.
137 Main St.
Ware, MA 01082

Jeffery & Jeffery, Inc.
c/o Kevin C. Maynard, Esq.
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA 01115-5507

/s/ Spencer A. Stone
Spencer A. Stone
(BBO No. 674548)
Bacon Wilson, P.C.
33 State Street
Springfield, MA 01103
Tel.: (413) 781-0560
Fax: (413) 739-7740
sstone@baconwilson.com
October 27, 2014
